# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 474 MAL 2015

            Respondent            :

                         :    Petition for Allowance of Appeal from

                         :    the Order of the Superior Court

          v.                    :

JERMAINE K. WEEKS,               :

            Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.